UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

TAKOMA REGIONAL HOSPITAL, ET AL, )
)
       Plaintiffs, )
)
vs. )
) Case No. 2:19-cv-157
)
CARDINAL HEALTH, INC., ET AL. )
)
       Defendants. )
)
)

## DECLARATION OF ZACHARY C. HOWENSTINE

I, Zachary C. Howenstine, in accordance with 28 U.S.C. § 1446(a), declare that copies of all process, pleadings, and orders served on Cardinal Health, Inc. in the state court action captioned *Takoma Regional Hospital, Inc., et al. v. Purdue Pharma L.P., et al.*, will be filed with the Eastern District of Tennessee Court.

FURTHER DECLARANT SAYETH NOT.

Dated this 30th day of August, 2019.

                                                                            Zachary C. Howenstine