UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| Takoma Regional Hospital, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Defendants. | No. 2:19-cv-00157-HSM-SKL <br><br> Judge Harry S. Mattice, Jr. <br> Magistrate Judge Susan K. Lee |

**PLAINTIFFS' EMERGENCY MOTION TO REMAND**

Plaintiffs Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc., AMISUB (SFH), Inc., Baptist Womens Health Center, LLC, Campbell County HMA, LLC, Clarksville Health System, G.P., Cleveland Tennessee Hospital Company, LLC, Cocke County HMA, LLC, Dickenson Community Hospital, Hawkins County Memorial Hospital f/k/a Hawkins County Memorial Hospital, Jefferson County HMA, LLC, Johnston Memorial Hospital, Inc., Lebanon HMA, LLC f/k/a Lebanon HMA, Inc., Lexington Hospital Corporation, Metro Knoxville HMA, LLC, Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc., Northeast Tennessee Community Health Centers, Inc., Norton Community Hospital, Saint Francis Hospital – Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc., Shelbyville Hospital Company, LLC f/k/a Shelbyville Hospital Corporation, Smyth County Community Hospital, Tullahoma HMA, LLC f/k/a Tullahoma HMA, Inc., and Wellmont Health System f/k/a BRMC/HVHMC, Inc. ("Plaintiffs"), by and through undersigned counsel, hereby move, pursuant to 28 U.S.C. § 1447(c), for this action to be remanded to the Circuit Court for Greene County, Tennessee. As grounds for this motion, Plaintiffs aver that their complaint relies solely upon state law, and that there exists no federal question jurisdiction. As such, this Court is without subject matter jurisdiction to hear

1

the case. In support of this motion, Plaintiffs rely upon their memorandum in support of this motion, filed concurrently herewith, as well as the entire record in this cause.

DATED: September 6, 2019.                                    Respectfully Submitted,

*/s/ Gary E. Brewer*
Gary E. Brewer, BPR# 000942
**BREWER & TERRY, P.C.**
1702 W. Andrew Johnson Highway
Morristown, TN 37814
Tel: (423) 587-2730
robin@brewerandterry.com

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net


Warren Burns
**BURNS CHAREST, LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

Korey A. Nelson
Lydia A. Wright
Rick Yelton
**BURNS CHAREST, LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

2

Case 2:19-cv-00157-HSM-CHS   Document 17   Filed 09/06/19   Page 2 of 4   PageID #: 433

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202)789-3960

Steve Martino
**TAYLOR MARTINO, P.C.**
51 St. Joseph St.
Mobile, AL 36602
Tel: (251) 433-3131

Gerald M. Abdalla, Jr.
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Tel: (601) 487-4590

*Attorneys for All Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Dated, this 6th day of September, 2019.  
                                         */s/ Gary E. Brewer*  
                                         Gary E. Brewer, BPR# 000942  
                                         **BREWER & TERRY, P.C.**  
                                         1702 W. Andrew Johnson Highway  
                                         Morristown, TN 37814  
                                         Tel: (423) 587-2730  
                                         robin@brewerandterry.com